UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

------------------------------------------------------------ X

| | |
|---|---|
| IN RE YASMIN AND YAZ (DROSPIRENONE) MARKETING, SALES PRACTICES AND RELEVANT PRODUCTS LIABILITY LITIGATION | 3:09-md-02100-DRH-PMF<br><br>MDL No. 2100 |

------------------------------------------------------------

This document relates to:

*Candace and Jeremy Burgin v.*
*Bayer Healthcare Pharmaceuticals Inc et al.,*   No.: 3:10-cv-13535-DRH-PMF

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.**  This matter is before the court for the purpose of docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the stipulation of dismissal filed with the Court on December 8, 2011, the above case is **DISMISSED** with prejudice.  Each party shall bear their own costs.

NANCY J. ROSENSTENGEL,
CLERK OF COURT


BY:_____/s/*Sandy Pannier*_____
         **Deputy Clerk**

Dated: December 20, 2011

David R. Herndon
2011.12.20
09:35:49 -06'00'

**APPROVED:**
         **CHIEF JUDGE**
         **U. S. DISTRICT COURT**